IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HALLE WEHMEYER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1328-DII |
| ACTIVEPROSPECT, INC., | § § § | |
| Defendant. | § § | |

## ORDER

On August 16, 2024, Plaintiff Halle Wehmeyer and Defendant ActiveProspect, Inc. filed a joint and agreed motion to dismiss with prejudice, stating that the parties have resolved their dispute. (Dkt. 14). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). **IT IS THEREFORE ORDERED** that the motion to dismiss, (Dkt. 14), is **GRANTED**. The original motion to dismiss, (Dkt. 13), is **MOOT**. As nothing else remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 19, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE